**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00235-REB-KLM

PETE DEVIC,

      Plaintiff,

v.

TONY'S MEATS AND SPECIALITY FOODS, a Colorado corporation,

      Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#20] filed October 19, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss With Prejudice** [#20] filed October 19, 2009, is **GRANTED**;

2.  That the Trial Preparation Conference set for March 5, 2010, is **VACATED**;

3.  That the jury trial set to commence March 22, 2010, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 20, 2009, at Denver, Colorado.

                                  BY THE COURT:

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge